*Victor P. Fasano,* for the appellant (defendant).

Argued June 7—decided June 7, 1977

STATE OF CONNECTICUT *v.* FRANCISCO ANNUNZIATO

It appearing that the state in the above-entitled case has failed to defend against the defendant's appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that unless the state files its brief on or before August 1, 1977, the judgment be set aside and the case be remanded with direction to render judgment for the defendant.

*William F. Gallagher,* assistant state's attorney, for the appellee (state).

*Victor P. Fasano,* for the appellant (defendant).

Argued June 7—decided June 7, 1977

BARBARA IVLER ET AL. *v.* BOARD OF TAX REVIEW OF THE CITY OF STAMFORD

The defendant's motion to dismiss the appeal from the Court of Common Pleas in Fairfield County at Stamford is granted.

*Ronald M. Schwartz,* assistant corporation counsel, for the appellee (defendant).

*William M. Ivler,* for the appellant (plaintiff).